In the Matter of the Claim of HERMAN LEVY, Appellant, against AMERICAN FURNITURE-JEWELRY CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.